UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-124 (DSD/SER)

UNITED STATES OF AMERICA,

        Plaintiff,         **FINAL ORDER OF FORFEITURE**

v.

MICHAEL SCOTT LUEDTKE,

        Defendant.

WHEREAS, on September 17, 2012, a Preliminary Order of Forfeiture was entered forfeiting a New England Firearms, model Pardner, twelve gauge sawed-off shotgun, bearing serial number NR282705 to the United States, pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on September 18, 2012, providing notice of the government's intention to dispose of the above-described firearm in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the firearm; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 30] is GRANTED;

2. All right, title and interest a New England Firearms, model Pardner, twelve gauge sawed-off shotgun, bearing serial number NR282705, is forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c); and

3. The above-described firearm shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 16, 2013

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court